UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:18-CR-059-S-CHB-1 |
| ) | |
| v. ) | **ORDER ADOPTING** |
| ) | **RECOMMENDATION OF** |
| DWAYNE DAVONTE CANADA, ) | **ACCEPTANCE OF GUILTY PLEA** |
| ) | |
| Defendant. ) | |
| ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram [R. 59]. At this hearing Defendant Canada, by counsel, filed a consent to plead before the United States Magistrate Judge [R. 60] and advised the Court of his desire to enter a plea of guilty to Count 1 of the Indictment pursuant to a Fed. R. Crim. P. 11(c) plea agreement. *See* [R. 61] Magistrate Judge Ingram found that the Defendant pled guilty in a knowing, voluntary, and intelligent fashion. [R. 59 at p. 2] He recommended that the Court accept Defendant Canada's guilty plea and adjudge him guilty of Count 1 of the Superseding Indictment. *Id.*

The Recommendation instructed the parties to file any specific written objections within three (3) days, or else waive the right to further review. *See id.* at p. 3. Neither party has objected to Magistrate Judge Ingram's recommendation, and the time to do so has now passed.

Upon review, the Court is satisfied that Defendant Dwayne Davonte Canada knowingly and competently pled guilty to Count 1 of the Superseding Indictment and that an adequate factual basis supports the plea as to each essential element of the offenses charged. Accordingly,

- 1 -

and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [**R. 59**] is **ADOPTED** as and for the Opinion of this Court;

2. Defendant Dwayne Davonte Canada is **ADJUDGED** guilty of Count 1 of the Superseding Indictment;

3. The Defendant's Jury Trial and all other pre-trial proceedings are hereby **CANCELLED** and **STRICKEN** from the Court's docket; and

4. A Sentencing Order shall be entered promptly.

This the 9th day of July, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY